# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 7, 2026
Lyle W. Cayce
Clerk

No. 25-11253
CONSOLIDATED WITH
No. 25-11254

---

IN RE NAOISE CONNOLLY RYAN; EMILY CHELANGAT BABU; JOSHUA MWAZO BABU; CATHERINE BERTHET; HUGUETTE DEBETS, *Et al.*,

*Petitioners.*

---

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-5-1

---

ORDER:

IT IS ORDERED that the unopposed motion of Respondent United States of America for an order regarding the issuance of visas is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT